FILED

JUL 3 0 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Ramon  Case Number: DR:19-CR-01278(1)-AM

Name of Sentencing Judicial Officer: Honorable Alia Moses, United States District Judge

Date of Original Sentence: January 8, 2020

Date of Revocation Sentence: February 27, 2023

Original Offense: Conspiracy to Transport Illegal Aliens, in violation of Title 8 U.S.C. § 1324

Original Sentence: 24 months imprisonment followed by a 3 year term of supervised release

Revocation Sentence: 11 months imprisonment followed by a 25 month term of supervised release

Type of Supervision: Supervised Release  Date Supervision Commenced: July 10, 2023

Assistant U.S. Attorney: James T. Ward  Defense Attorney: Minerva Torres (AFPD)

### PREVIOUS COURT ACTION

None.

### PETITIONING THE COURT

☐ No action.
☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Special Condition: The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.** |
| 2. | **Special Condition: The defendant shall not use or possess any controlled substance without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and followed the instructions on the prescription.** |
| 3. | **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.** |
| 4. | **Mandatory Condition No. 3: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court) but the condition stated in this paragraph may be** |

ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

On February 28, 2024, the defendant submitted a urine specimen which subsequently tested positive for marijuana. On March 11, 2024, the specimen was confirmed positive for marijuana.

On April 9, 2024, the defendant submitted a urine specimen which subsequently tested positive for marijuana. On April 21, 2024, the specimen was confirmed positive for marijuana.

5. **Special Condition: The defendant shall submit to substance abuse testing to determine if the defendant has used a prohibited substance. The defendant shall not attempt to obstruct or tamper with the testing methods. The defendant shall pay the costs of testing if financially able.**

On June 27, 2024, the defendant submitted a urine specimen which returned as "substituted" and "invalid, not consistent with normal human urine," indicating that the testing methods had been tampered with by the defendant.

6. **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.**

According to the incident report received from the Angleton Police Department, on March 30, 2024, the defendant was arrested in Brazoria County, Texas, for No Driver's License, Failure to Maintain Financial Responsibility, and Unapproved Window Tint. It should be noted that during the traffic stop, the police officer detected the strong odor of marijuana emitting from the vehicle. When questioned regarding the odor, the defendant admitted that it was his friend's marijuana, and that he and his friend had been smoking marijuana in the vehicle the day prior. A search of the vehicle was conducted; however, no illegal items or substances were recovered. The defendant was arrested at the scene, and was later placed on a payment plan of $100 per month for seven months for the charges of No Driver's License, Failure to Maintain Financial Responsibility, and Unapproved Window Tint.

**U.S. Probation Officer Recommendation:** It is evident by the defendant's noncompliance while on his second term of supervision and his disregard for the instructions set by the Court that he remains unwilling to comply with the conditions of his judgment. Therefore, it is respectfully recommended that a supervised release violation warrant be issued for the defendant's arrest, and he be brought before the court for revocation proceedings.

Jose Ramon
DR:19-CR-01278(1)-AM
Petition for Warrant or Summons
Page 3

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __25 months__ supervised release)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved by:

Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully submitted by:

Allison Grant
U.S. Probation Officer
Telephone: (830) 703-2089, ext. 6455
Date: July 12, 2024

Approved:

James T. Ward
Supervisory Assistant U.S. Attorney

cc:    Andrew Gonzales
       Assistant Deputy Chief United States Probation Officer

THE COURT ORDERS:

☐ No action.
☑ The issuance of a WARRANT. Bond is set in the amount of $___Detain___ cash/surety with supervision by the United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

Honorable Alia Moses
Chief United States District Judge

7/30/24
Date